Ronald E. Stadtmueller, Chapter 13 Trustee  
Check No. 697849  
Pay to: CLERK Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-60493 | 999-0 | TIMOTHY BARRON<br>Original Check written to:<br>TIMOTHY BARRON<br>342 S. FAIRFIELD AVENUE<br>JUNEAU, WI 53039 | | 0.00 | 3.00 | 0.00 | 3.00 |
| 04-61214 | 014-0 | JIMMY MARVELS<br>Original Check written to:<br>NEVADA STAR<br>5485 W FLAMINGO RD<br>LAS VEGAS, NV 89103 | NO ACCT# PROVIDED | 0.00 | 420.30 | 0.00 | 420.30 |
| 04-61757 | 010-0 | CYNTHIA ABIGAIL FARIAS<br>Original Check written to:<br>THE CIT GROUP SALES FINANCING<br>P. O. BOX 24610<br>OKLAHOMA CITY, OK 73124-0610 | 00009151274009 | 0.00 | 993.90 | 0.00 | 993.90 |
| 04-61846 | 006-0 | ANTHONY BRENT GRAY<br>Original Check written to:<br>VAN ZANDT CAD<br>% MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680 | R18322 | 0.00 | 367.38 | 0.00 | 367.38 |
| 04-61890 | 010-0 | CHARLES DOUGLAS JOHNSON<br>Original Check written to:<br>WOOD COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201 | R72416 | 0.00 | 55.19 | 0.00 | 55.19 |
| 04-62012 | 012-0 | JAMES L PHELPS<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | M269002/R103332/RC209117 | 0.00 | 206.12 | 0.00 | 206.12 |
| 06-60490 | 009-0 | STACY M. AKIN<br>Original Check written to:<br>CIT BANK<br>C/O B-LINE, LLC<br>MS 550, PO BOX 91121<br>SEATTLE, WA 98111-2361 | 00008400381755 | 2,063.74 | 36.16 | 0.00 | 36.16 |